# MICROECONOMICS

SECOND EDITION



EXHIBIT "48"

## Paul Krugman | Robin Wells

Case 1:20-cv-00738-WCG    Filed 07/28/22    Page 1 of 4    Document 94-49

SECOND EDITION

# MICROECONOMICS

## Paul Krugman | Robin Wells

*Princeton University*     *Princeton University*

WORTH PUBLISHERS

hour on each course. At 10:00 P.M., you are getting tired and figure you have one more hour to study before bed—chemistry or economics? If you are pre-med, it's likely to be chemistry; if you are pre-MBA, it's likely to be economics.

Note how you've made the decision to allocate your time: at each point the question is whether or not to spend *one more hour* on either course. And in deciding whether to spend another hour studying for chemistry, you weigh the costs (an hour forgone of studying for economics or an hour forgone of sleeping) versus the benefits (a likely increase in your chemistry grade). As long as the benefit of studying one more hour for chemistry outweighs the cost, you should choose to study for that additional hour.

Decisions of this type—what to do with your next hour, what to do with your next dollar, and so on—are **marginal decisions.** They involve making trade-offs *at the margin:* comparing the costs and benefits of doing a little bit more of an activity versus doing a little bit less. The study of such decisions is known as **marginal analysis.**

Many of the questions that we face in economics—as well as in real life—involve marginal analysis: How many workers should I hire in my shop? At what mileage should I change the oil in my car? What is an acceptable rate of negative side effects from a new medicine? Marginal analysis plays a central role in economics because it is the key to deciding "how much" of an activity to do.

> Decisions about whether to do a bit more or a bit less of an activity are **marginal decisions.** The study of such decisions is known as **marginal analysis.**
>
> An **incentive** is anything that offers rewards to people who change their behavior.

## People Usually Exploit Opportunities to Make Themselves Better Off

One day, while listening to the morning financial news, the authors heard a great tip about how to park cheaply in Manhattan. Garages in the Wall Street area charge as much as $30 per day. But according to the newscaster, some people had found a better way: instead of parking in a garage, they had their oil changed at the Manhattan Jiffy Lube, where it costs $19.95 to change your oil—and they keep your car all day!

It's a great story, but unfortunately it turned out not to be true—in fact, there is no Jiffy Lube in Manhattan. But if there were, you can be sure there would be a lot of oil changes there. Why? Because when people are offered opportunities to make themselves better off, they normally take them—and if they could find a way to park their car all day for $19.95 rather than $30, they would.

When you try to predict how individuals will behave in an economic situation, it is a very good bet that they will exploit opportunities to make themselves better off. Furthermore, individuals will *continue* to exploit these opportunities until they have been fully exhausted—that is, people will exploit opportunities until those opportunities have been fully exploited.

If there really was a Manhattan Jiffy Lube and an oil change really was a cheap way to park your car, we can safely predict that before long the waiting list for oil changes would be weeks, if not months.

In fact, the principle that people will exploit opportunities to make themselves better off is the basis of *all* predictions by economists about individual behavior. If the earnings of those who get MBAs soar while the earnings of those who get law degrees decline, we can expect more students to go to business school and fewer to go to law school. If the price of gasoline rises and stays high for an extended period of time, we can expect people to buy smaller cars with higher gas mileage—making themselves better off in the presence of higher gas prices by driving more fuel-efficient cars.

When changes in the available opportunities offer rewards to those who change their behavior, we say that people face new **incentives.** If the price of parking in Manhattan rises, those who can find alternative ways to get to their Wall Street jobs will save money by doing so—and so we can expect fewer people to drive to work.

One last point: economists tend to be skeptical of any attempt to change people's behavior that *doesn't* change their incentives. For example, a plan that calls on manufacturers to reduce pollution voluntarily probably won't be effective; a plan that gives them a financial incentive to reduce pollution is a lot more likely to work.

Back in Chapter 3, we pointed out that the price of one good often affects the demand for another but that the direction of this effect can go either way: a rise in the price of tea increases the demand for coffee, but a rise in the price of cream reduces the demand for coffee. Tea and coffee are substitutes; cream and coffee are complements.

But what determines whether two goods are substitutes or complements? It depends on the shape of a consumer's indifference curves. This relationship can be illustrated with two extreme cases: the cases of *perfect substitutes* and *perfect complements*.

> Two goods are **perfect substitutes** if the marginal rate of substitution of one good in place of the other good is constant, regardless of how much of each an individual consumes.

## Perfect Substitutes

Consider Cokie, who likes cookies. She isn't particular: it doesn't matter to her whether she has 3 peanut butter cookies and 7 chocolate chip cookies, or vice versa. What would her indifference curves between peanut butter and chocolate chip cookies look like?

The answer is that they would be straight lines like $I_1$ and $I_2$ in Figure 11-10. For example, $I_1$ shows that any combination of peanut butter cookies and chocolate chip cookies that adds up to 10 cookies yields Cokie the same utility.

A consumer whose indifference curves are straight lines is always willing to substitute the same amount of one good in place of one unit of the other, regardless of how much of either good he or she consumes. Cokie, for example, is always willing to accept one less peanut butter cookie in exchange for one more chocolate chip cookie, making her marginal rate of substitution *constant*.

When indifference curves are straight lines, we say that goods are **perfect substitutes.** When two goods are perfect substitutes, there is only one relative price at which consumers will be willing to purchase both goods; a slightly higher or lower relative price will cause consumers to buy only one of the two goods.

Figure 11-11 on the next page illustrates this point. The indifference curves are the same as those in Figure 11-10, but now we include Cokie's budget line, *BL*. In each panel we assume that Cokie has $12 to spend. In panel (a) we assume that



**FIGURE 11-10**

### Perfect Substitutes

Two goods are perfect substitutes when the marginal rate of substitution does not depend on the quantities consumed. In that case, the indifference curves are straight lines.