AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

PIT ROW, INC., et al.,

          Plaintiffs,

  v.

COSTCO WHOLESALE CORPORATION,

          Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-738

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing and this case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: March 30, 2023

GINA M. COLLETTI
Clerk of Court

s/ Kyle W. Frederickson
(By) Deputy Clerk